IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHELLE R. BRIGHT,

      Plaintiff,

   vs.

HUGHES BROTHERS, INC.,
INTERNATIONAL ASSOCIATION OF
MACHINISTS AND AEROSPACE
WORKERS, LOCAL 1569,

      Defendants.

**4:13CV3125**

**AMENDED PROGRESSION ORDER**

The Stipulated Motion to Extend Progression Order Deadlines (filing 30) is granted.

IT IS ORDERED that the amended progression order is as follows:

1)  The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 4, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **November 10, 2014**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.   Jury selection will be held at the commencement of trial.

2)  The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **October 28, 2014** at **10:00 a.m.**, and will be conducted by WebEx conferencing.   To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on October 27, 2014.  An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3)  A telephonic conference with the undersigned magistrate judge will be held on **July 15, 2014** at **9:30 a.m.** to discuss the status of case progression and potential settlement.  Counsel for plaintiff shall place the call.

4)  The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is May 28, 2014.  Motions to

compel Rule 33 through 36 discovery must be filed by May 13, 2014.

5)      The deposition deadline is May 28, 2014.

6)      The deadline for filing motions to dismiss and motions for summary judgment is June 30, 2014.

7)      Motions in limine shall be filed five business days prior to trial.  It is not the normal practice to hold hearings on motions in limine or to rule on them in advance.  Counsel should plan accordingly.

8)      The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

Dated this 20th day of March, 2014.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge