IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE R. BRIGHT,<br><br>        Plaintiff,<br><br>vs.<br><br>HUGHES BROTHERS, INC., INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL 1569,<br><br>        Defendants. | 4:13CV3125<br><br>**ORDER** |

At the parties' request, a settlement conference is set for July 28, 2014. The current deadline for filing Motions to Dismiss and for Summary Judgment is June 30, 2014, with a telephonic status conference set for July 15, 2014. To avoid any unnecessary investment of litigation resources pending the settlement conference,

IT IS ORDERED:

1) The parties' Motion to Extend the progression order deadlines, (Filing No. 43), is granted.

2) All unexpired case progression deadlines are stayed, and the status conference, pretrial conference, and trial are continued pending further order of the court.

3) If this case is not resolved during the settlement conference, after conferring with counsel, further progression deadlines and settings will be entered.

June 16, 2014.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge