IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE R. BRIGHT,<br><br>               Plaintiff,<br><br>vs.<br><br>HUGHES BROTHERS, INC., and INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL 1569,<br><br>               Defendants. | 4:13-CV-3125<br><br>ORDER |

The Court has been advised that the parties in this case have settled their claims. Accordingly,

IT IS ORDERED:

1. On or before August 27, 2014, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3. The Clerk of the Court shall set a dismissal papers deadline of August 27, 2014.

Dated this 29th day of July, 2014.

                                                  BY THE COURT:

                                                  John M. Gerrard
                                                  United States District Judge